MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

STEPHEN MEYER (CABN 263954)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5032
    Stephen.Meyer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-559 (RS) |
| v. | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| CHARLES PETTUS, | Date: August 27, 2013<br>Time: 2:30 p.m.<br>Court: Hon. Richard Seeborg |
| Defendant. | |

Defendant CHARLES PETTUS appeared at a status conference before the Court on August 27, 2013. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from August 27, 2013 to September 17, 2013. The parties agreed, and the Court found and held, as follows:

    1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have additional time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

//

[PROPOSED] ORDER RE: TIME EXCLUSION
CR 13-559 (RS)

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from August 27, 2013 to September 17, 2013 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant CHARLES PETTUS, the period from August 27, 2013 to September 17, 2013 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: August 28, 2013

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

Approved As To Form:

　　　/s/                                           　　　/s/
Stephen J. Meyer                              Geoff A. Hansen
Assistant United States Attorney   Counsel for Charles Pettus
Counsel for United States

[PROPOSED] ORDER RE: TIME EXCLUSION
CR 13-559 (RS)