UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>CHARLES PETTUS,<br>　　　　Defendant. | Case No. 13-cr-00559-RS-1<br><br>**ORDER TO SHOW CAUSE** |

Charles Pettus moves to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, arguing the sentence he received is unconstitutional under *Johnson v. United States*, 135 S. Ct. 2551 (2015).  His claim appears colorable and merits an answer from the government.  The parties are therefore ordered to meet and confer and to submit a proposed briefing schedule within the next twenty-one days.

**IT IS SO ORDERED**.

Dated: July 22, 2016

_____
RICHARD SEEBORG
United States District Judge