STEVEN G. KALAR
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Sophia_Whiting@fd.org

Counsel for Defendant PETTUS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARLES PETTUS,<br><br>        Defendants. | Case No. 13-CR-559 RS<br><br>STIPULATED ORDER CONTINUING REVOCATION HEARING AND SETTING CONSOLIDATED REVOCATION AND SENTENCING HEARING |

      Charles Pettus is scheduled to appear before this Court on July 28, 2020, for a revocation of supervised release hearing. In a related cases, Case No. CR-20-285-RS, Mr. Pettus is charged with an offense underlying supervised release violation charges three and four. In Case No. CR-20-285-RS, Mr. Pettus has lodged an application to enter an open guilty plea. Mr. Pettus intends to resolve his supervised release violation by admitting charges three, four, and five. The Court's General Order 74-5 advises "after lodging/filing an application to enter an open guilty plea or a plea agreement, guilty pleas and sentencing shall be consolidated for a date after the presentence report has been prepared." The parties therefore request a consolidated revocation and sentencing hearing on October 6, 2020, at 2:30 p.m., on the same date as the consolidated plea and sentencing hearing in Case No. CR-20-285-RS.

      Thus, the parties stipulate, and the Court finds and holds, the revocation of supervised release

STIP & ORDER                    1

hearing on July 28, 2020, is vacated, and this matter is set for a consolidated revocation and sentencing hearing on October 6, 2020, at 2:30 p.m.

IT SO STIPULATED.

| | |
|---|---|
| July 24, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California<br><br>            /S<br>MARI OVERBECK<br>Assistant United States Attorney |
| July 24, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California<br><br>            /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

 July 24, 2020
Date

HON. RICHARD SEEBORG
United States District Judge

STIP & ORDER                                2