STEVEN G. KALAR
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Sophia_Whiting@fd.org

Counsel for Defendant PETTUS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 13-CR-559 RS |
|---|---|
| Plaintiff, | STIPULATED ORDER CONTINUING REVOCATION AND SENTENCING HEARING |
| v. | |
| CHARLES PETTUS, | |
| Defendants. | |

   Charles Pettus is scheduled to appear before this Court on November 3, 2020, for a consolidated revocation of supervised release and sentencing hearing. In a related case, Case No. CR-20-285-RS, Mr. Pettus is charged with an offense underlying supervised release violation charges three and four. In Case No. CR-20-285-RS, the parties have requested a continuation of the consolidated plea and sentencing hearing to December 14, 2020. The parties therefore request a continuation of the revocation and sentencing hearing in the above-captioned, so all matters may be heard on December 14, 2020. Probation Officer Jennifer Hutchings is also available on the requested date.

   Thus, the parties stipulate, and the Court finds and holds, the hearing on November 3, 2020, is vacated, and this matter is set for a consolidated revocation of supervised release and sentencing hearing on December 14, 2020, at 2:00 p.m.

STIP & [PROPOSED] ORDER                          1

IT SO STIPULATED.

October 16, 2020  DAVID L. ANDERSON
Dated  United States Attorney
   Northern District of California

    /S
MARI OVERBECK
Assistant United States Attorney

October 16, 2020  STEVEN G. KALAR
Dated  Federal Public Defender
   Northern District of California

    /S
SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

 October 16, 2020
Date  HON. RICHARD SEEBORG
   United States District Judge

STIP & [PROPOSED] ORDER        2