STEVEN G. KALAR
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
Sophia_Whiting@fd.org

Counsel for Defendant PETTUS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 20-CR-00285-RS; 13-CR-00559-RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATED ORDER CONTINUING SENTENCING HEARING |
| CHARLES PETTUS, | |
| Defendants. | |

  Charles Pettus is scheduled to appear before this Court on March 1, 2021, for a sentencing hearing. Mr. Pettus was recently placed under quarantine and the defense was required to reschedule meetings intended to develop mitigation for sentencing by a few weeks. The parties therefore jointly request the sentencing hearing be continued from March 1, 2021, to April 12, 2021. U.S. Probation has no objection.

  Thus, the parties stipulate, and the Court finds and holds, the sentencing hearing on March 1, 2021, is continued to April 12, 2021, at 1:00 p.m.

  IT SO STIPULATED.

STIP & [PROPOSED] ORDER       1

| January 15, 2021<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
|---|---|
| | /S<br>MARI OVERBECK<br>Assistant United States Attorney |
| January 15, 2021<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| January 15, 2021<br>Date | HON. RICHARD SEEBORG<br>United States District Judge |
|---|---|

STIP & [PROPOSED] ORDER                2